# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

RICHARD LUTKE,

                   Plaintiff,

     vs.

NEVRO CORPORATION, et al.,

                Defendants.

Case No.: 4:26-cv-02513-HSG

**ORDER MODIFYING CASE SCHEDULING DEADLINES**
**(as modified)**

Having duly considered the Stipulated Request for Order Changing Time filed by plaintiff Richard Lutke and defendants Nevro LLC and Globus Medical, Inc., the Court finds that it has merit. The Court, therefore, ORDERS as follows:

1.     Nevro LLC (*f/k/a* Nevro Corporation) and Globus Medical, Inc., shall file an answer or otherwise respond to Plaintiff's Complaint, ECF No. 1, on or before August 14, 2026;

2.     The Case Management Event Deadlines set forth in the Court's Order Setting Initial Case Management Conferences and ADR Deadlines, ECF No. 4, are amended as follows:

| Case Management Event | Deadline |
|---|---|
| Deadline to file ADR Certification (See Civ. L.R. 3-15) | 09/01/2026 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan (See F.R. Civ. P 26(f)) | 09/01/2026 |
| Deadline to make initial disclosures (See F.R. Civ. P. 26(a)(1) | 09/15/2026 |
| Deadline to file Joint Case Management Statement. (See Standing Order for All Judges of the Northern District of California) | 09/15/2026 |
| Initial Case Management Conference location: **The zoom information and instructions remain the same as previously provided in docket no. 9.** | 9/29/2026 at 2:00 p.m. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 5/13/2026

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

ORDER MODIFYING CASE SCHEDULING DEADLINES
Case No.: 4:26-cv-02513-HSG